**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

| | |
|---|---|
| In re:   Newport Overlook Association | Bk. No.: 25-11000 |
| | Chapter 11 |
| Debtor | |

| | |
|---|---|
| Newport Overlook Association | Adv. Pro. No. 26-01012 |
| Plaintiff | |

v.

First American Trust, FSB, as Trustee,
*Duly Appointed Under the Declaration of Trust for*
*the Club Wyndham Access Vacation Ownership Plan, et al.*
Defendant

---

### ORDER REQUIRING SERVICE
**(this relates to Doc. ##2, 10)**

On May 20, 2026, the Debtor commenced the above-captioned adversary proceeding (Doc. #1) and filed a Motion for Emergency Determination re: Limited Notice and Altering Procedures (Doc. #2, the "Motion"), which the Court scheduled for a continued hearing on June 10, 2026, at 2:00 P.M. (Doc. #10, the "Notice").

IT IS HEREBY ORDERED that Omni Agent Solutions shall serve a copy of this Order and the Notice on all creditors and parties in interest by close of business on June 5, 2026, and shall file a certificate of service evidencing compliance with this Order by the same date.

Dated: June 3, 2026                                      By the Court,

_____
John A. Dorsey
U.S. Bankruptcy Judge

---